NO. 07-12-00303-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 16, 2012

IN THE MATTER OF L.R.

FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY;

NO. J-2604; HONORABLE BENTON ESKEW, JUDGE

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, L.R., a juvenile, has informed this Court by motion that he no longer desires to pursue this appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). Appellant timely filed an affidavit of indigency, so costs are not assessed against appellant. No motion for rehearing will be entertained.

Mackey K. Hancock
Justice